### Victor Duperron *v.* Jacob C. Van Wickle, Sheriff, and others.

Art. 574 of the Code of Practice, which provides that the judge, on granting an appeal, shall state at the foot of the petition, the amount of the surety to be given by the appellant, relates only to devolutive appeals. In suspensive appeals the amount is fixed by the Code, at a sum exceeding by one half the amount of the judgment.

Judgment for three hundred and fifty dollars; the judge on granting an appeal fixed the amount of the bond at five hundred and fifty dollars; appeal bond executed for one hundred and fifty dollars only. Appeal dismissed, on the ground that the bond was insufficient for a suspensive appeal, being for less than half the judgment, or for a devolutive appeal, being for a sum less than was fixed by the judge.

THE defendants are appellants from a judgment of the District Court of Pointe Coupée, *Nicholls,* J.

*Stevens,* for the appellees, moved to dismiss the appeal; on the ground, among others, that the bond of the appellant was not executed conformably to the order of appeal, it being for one hundred and fifty dollars only, while the order required one for five hundred and fifty. 5 Mart., N. S., 237. 2 La., 88.

*Janin,* for the appellant. The effect of the error in the amount of the appeal bond, is to render the appeal devolutive, instead of suspensive.

MARTIN, J. The dismissal of this appeal is asked for on the ground, that a bond was given for a sum less than was required by

the order of the judge. The judgment is for three hundred and fifty dollars. A suspensive appeal was prayed for; the judge in granting it, required a bond to be given for the sum of five hundred and fifty dollars; and the bond given is for one hundred and fifty only. The Code of Practice, art. 574, provides, ' that the judge in granting the appeal, shall state, at the foot of the petition of appeal, the,amount of the surety to be given by the appellant.' This article of the Code relates to devolutive appeals; for in suspensive ones the sum is fixed by the Code at an amount exceeding by one half that of the judgment. In the present case, the bond being for one hundred and fifty dollars only, is insufficient for a suspensive appeal, as it is less than one half of the judgment. It is also insufficient to support a devolutive appeal, as it is for a sum less than that fixed by the judge.

*Appeal dismissed.*